**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| CATHY ANN CROWDER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | FILE NO. 3:13-CV-01239 |
| | ) | |
| | ) | JUDGE: ALETA A. TRAUGER |
| WAFFLE HOUSE, INC. | ) | |
| | ) | MAGISTRATE JUDGE: |
| and | ) | CLIFTON KNOWLES |
| | ) | |
| JOHN DOE/UNKNOWN DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER SUBSTITUTING PROPER DEFENDANT**

The parties, by counsel, have advised the Court that the proper identity of the Defendant is not Waffle House, Inc., but rather is Mid South Waffles, Inc. The parties, by counsel, have agreed that Mid South Waffles, Inc. shall be substituted for Waffle House, Inc. as the proper party Defendant. Parties, by counsel, have further agreed to allow Defendant to file an Amended Answer within 30 days after entry of this Order. The parties, by counsel, having agreed to the substitution, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that Mid South Waffles, Inc. is hereby substituted for Waffle House, Inc. as the proper Defendant. Plaintiff's Complaint shall be deemed to have asserted a claim against Mid South Waffles, Inc. All pleadings filed by counsel for the Defendant, Waffle House, Inc., shall be deemed filed on behalf of Mid South

Waffles, Inc. Defendant Mid South Waffles, Inc. shall have 30 days from and after entry of this Order to file an Amended Answer.

                                                                                                             U.S. District Judge

HAVE SEEN AND AGREED TO ENTRY:

s/Angela H. Smith (*with permission*)_____

s/Joe B. Campbell_____

Copy to Counsel:
[ ]    Joe B. Campbell, Hughes & Coleman, P. O. Box 10120, Bowling Green, KY 42102
[ ]    Angela H. Smith, Moore Ingram Johnson & Steele LLP, 326 Roswell Street, Marietta, GA 30060