IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| CATHY ANN CROWDER | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | FILE NO. 3:13-CV-01239 |
| | ) | JUDGE: ALETA A. TRAUGER |
| WAFFLE HOUSE, INC. | ) | MAGISTRATE JUDGE: |
| and | ) | CLIFTON KNOWLES |
| JOHN DOE/UNKNOWN DEFENDANTS, | ) | |
| Defendants. | ) | |

**JOINT MOTION TO FILE AGREED ORDER
SUBSTITUTING PROPER DEFENDANT**

The parties, by counsel, jointly move the Court to enter the tendered Agreed Order substituting the properly named Defendant and allowing Defendant 30 days to file an amended answer.

This 25th day of August, 2014.

HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P. O. Box 10120
Bowling Green, KY 42102
(270) 782-6003 Exts. 322, 209
FAX (270) 843-0446
jcampbell@hughesandcoleman.com
KY Bar #10210; TN Bar #28873
mgoff@hughesandcoleman.com
KY Bar #92192; TN Bar #31795

s/Joe B. Campbell and Mariana Goff

Angela H. Smith
Moore Ingram Johnson & Steele LLP
326 Roswell Street
Marietta, GA 30060

s/Angela H. Smith (*with permission*)

1