# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **CATHY ANN CROWDER** | * | |
| | * | |
| Plaintiff, | * | |
| | * | FILE NO. 3:13-CV-01239 |
| v. | * | |
| | * | JUDGE: ALETA A. TRAUGER |
| **WAFFLE HOUSE, INC.** | * | MAGISTRATE JUDGE: |
| | * |     CLIFTON KNOWLES |
| and | * | |
| | * | JURY DEMAND |
| **JOHN DOE/UNKNOWN DEFENDANTS,** | * | |
| | * | |
| Defendants. | * | |

## ORDER ON CONSENT MOTION TO EXTEND DISCOVERY

This matter having come before the Court by Consent Motion of the Parties and for good cause shown, it is hereby ORDERED:

1. Discovery in this matter is hereby extended up to and including September 29, 2014;

2. Dispositive Motions in this matter shall be filed no later than October 27, 2017;

3. Responses to Dispositive Motions shall be filed by November 24, 2014;

4. Replies in support of Dispositive Motions shall be filed by December 7, 2014.

IT IS SO ORDERED this  27th   day of August, 2014

_____
HON. ALETA A. TRAUGER
United States Judge
Middle District of Tennessee